*In re* ARTURO APONTE ARCHÉ, notario.

Número: 4561        Resuelto: 24 de noviembre de 1986

*Govén D. Martínez Surís, Director de la Oficina de Inspección de Notarías,* querellante; *Arturo Aponte Arché, pro se.*

PER CURIAM: El Director de la Oficina de Inspección de Notarías, Lic. Govén D. Martínez Surís nos rindió un Informe relativo a las siguientes deficiencias notariales incurridas por el notario Arturo Aponte Arché: (1) durante el 1982, de 40 escrituras, solamente 4 tenían cancelados los sellos; (2) los tomos correspondientes al 1983, 1984 y 1985 no los encuadernó ni tampoco canceló los sellos, y (3) omitió cancelar casi todos los sellos del Registro de Afidávit.

Concedimos al referido notario término para corregir tales deficiencias y para que mostrara causa por la cual no deberíamos imponerle sanciones disciplinarias.

En su comparecencia éste acepta que incurrió en las referidas deficiencias, las cuales subsanó conforme nuestro requerimiento. Solicita que le permitamos continuar en la práctica de la notaría.

## II

No podemos acceder. La gravedad de las deficiencias apuntadas es incuestionable. *In re Merino Quiñones*, 115 D.P.R. 812 (1984). *Procede sentencia que decrete su suspensión indefinida del ejercicio del notariado y que el Alguacil General se incaute de su obra notarial para ser entregada a la Oficina de Inspección de Notarías.*

El Juez Presidente Señor Pons Núñez se inhibió. La Juez Asociada Señora Naveira de Rodón no intervino.